# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 29, 2014

148489

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JEFFREY JOSEPH BARBIERI,
      Defendant-Appellant.

SC: 148489
COA: 315394
Macomb CC: 2009-003276-FH

_____/

On order of the Court, the application for leave to appeal the October 8, 2013 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).

VIVIANO, J., did not participate because he presided over this case in the circuit court and due to a familial relationship with the circuit court judge who presided over the motion for relief from judgment.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2014



Clerk

h0721